■ BOWERY SAVINGS BANK v. RETAIL REALTY, INC., et al.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Defendants' time to serve its answer is extended until 10 days after service upon the attorneys for the defendants-respondents of a copy of the order entered herein, with notice of entry. Concur — Botein, P. J., Breitel, Rabin and McNally, JJ.

■ SOL FURSMIDT v. HOTEL ABBEY HOLDING CORP.— Motion for leave to reargue appeal denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Bergan, JJ.

■ WILLIAM A. FREEDMAN v. WASHINGTON SQUARE MANAGEMENT CORP.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 13, 1960, is vacated. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ ANDRES GALBAN v. PENN SHIPPING CO., INC., et al.— Application granted. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ LOUISE LAMANNA et al. v. LARRY RIVERS.— Application denied, with $10 costs. The stay contained in the order to show cause, dated May 24, 1960, is vacated. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ JOEL PICUS, an Infant, by His Guardian ad Litem, et al. v. JOSEPHINE BRIGLIA.— Motion to dismiss appeal granted, with $10 costs, unless the appellants procure the record on appeal and appellants' points to be served and filed on or before August 25, 1960, with notice of argument for September 6, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. WALTER ALBERTI, Also Known as WALTER SULLIVAN.— Motion granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon type-written or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the District Attorney of New York County, and files 6 typewritten or 19 mimeographed copies thereof, together with the original record, with this court on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the appellant for the purposes of the appeal. Concur — Breitel, J. P., Rabin, Valente and Stevens, JJ.

■ In the Matter of the CITY OF NEW YORK, Relative to Acquiring Title to Bruckner (Boulevard) Expressway. CITY OF NEW YORK, Appellant; MICHAEL J. DE GREGORIS et al.; A. F. & G. REALTY CORP. et al.— Motion granted insofar as to extend appellant's time to prepare, settle, serve and file the record on appeal and appellant's points up to and including September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ MERCO, INC. v. HARRY SCHRANZE.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the appellant's points to be served and filed on or before September 6, 1960, with notice of argument for the October 1960 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.

■ JOSEPH P. DELANEY v. BUCK RAM.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be served and filed on or before September 8, 1960, with notice of argument for September 20, 1960, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, McNally, Stevens and Noonan, JJ.